# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

Nashville Division

RECEIVED

OCT 0 1 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Devin Phillips

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Chad Youker Et AL

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ______________________

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Devin Phillips

All other names by which you have been known:

ID Number: 8994

Current Institution: williamson County sheriffs office

Address: 408 Century Court

Franklin (City) TN (State) 37064 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Chad Youher

Job or Title *(if known)*: Captain

Shield Number: 2236

Employer: WCSO - williamson county sheriff's office

Address: 408 century Court

Franklin (City) TN (State) 37064 (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Jasper ~~[illegible]~~ Driskill

Job or Title *(if known)*: Deputy

Shield Number: 2290

Employer: WCSO

Address: 408 century Court

Franklin (City) TN (State) 37064 (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No 5

Name Obermeyer

Job or title Deputy

shield number 2191

Employer WCSO

Address 408 century court

Franklin, TN 37064

☑ individual capacity ☑ official capacity

Defendant No 6

Name Fann

Job or title Deputy

shield number 2586

Employer WCSO

Address 408 century court

Franklin, TN 37064

☑ individual capacity ☑ official capacity

Defendant No 7

Name Lott

Job or title Deputy

shield number 2678

Employer WCSO

Address 408 Century Court

Franklin, TN 37064

☑ individual capacity ☑ official capacity

Defendant No 8

Name Lockhart

Job or title Deputy

shield number 2489

Employer WCSO

Address 408 Century Court
Franklin, TN 37064

☑ individual capacity ☑ official capacity

Defendant No 9

Name Finney

Job or title Deputy

shield number 2532

Employer WCSO

Address 408 century Court
Franklin, TN 37064

☑ individual capacity ☑ official capacity

Defendant No 10

Name Blair

Job or title Deputy

shield number 2471

Employer WCSO

Address 408 century Court
Franklin, TN 37064

☑ individual capacity ☑ official capacity

Defendant No 11

Name Moore

Job or title Deputy chief

Shield number 1034

Employer WCSO

Address 408 century court

Franklin, TN 37064

☑ individual capacity ☑ official capacity

Defendant No 12

Name Lee Ann Thompson

Job or title Attorney

shield number

Employer WCSO

Address 408 century court

Franklin, TN 37064

☑ individual capacity ☑ official capacity

Defendant No. 3

| | |
|---|---|
| Name | Crowe |
| Job or Title *(if known)* | Deputy |
| Shield Number | 2654 |
| Employer | WCSO |
| Address | 408 Century Court |
| | Franklin (City) TN (State) 37064 (Zip Code) |

☑ Individual capacity ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Linquist |
| Job or Title *(if known)* | Deputy |
| Shield Number | 2377 |
| Employer | WCSO |
| Address | 408 Century Court |
| | Franklin (City) TN (State) 37064 (Zip Code) |

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14th amendment TCA 39-13-505
8th amendment -
1st amendment
6th amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
These events happened at Williamson County sheriff office 408 century Court, Franklin, TN 37064 – Pod 304 + pod 110-132

C. What date and approximate time did the events giving rise to your claim(s) occur?

-2-24-26 8:30 AM    8-24-26, [illegible], 1-6-26, 12-23-25, 12-17-25, 12-31-25

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

-Deputy Crowe & Fann forced inmates to be strip searched in front of an entire pod of men. forcing them to strip fully naked bend over & spread their butt checks showing everyone their genitals. we were forced to comply or face punishments, segregation & forced strip search. we filed a PREA about this event & Deputy Crowe came to take the report even though Crowe was the papetrator. I was then written up & punished for talking out against the strip searches.

-I was also made to strip search spreading my butt checks & forced to touch my scrotum & genitals for the deputy.

-the Jail has also Deprived me of my legal mail. Searched other legal mail. & caused me to miss deadlines. I was not allowed to appeal the Jails decision the sender was not notified. - See attached.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- Psychological issues
- intentional infliction of emotional distress
- PTSD
- Anxiety
- Depression
- [illegible]

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. $ 2,000,000
2. Appointed council
3. court cost & Fees paid
4. an appology mad publicly
5. an admission of guilt
6. Reserve the right to ammend my complaint at any time,

Jury Demand

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Williamson county sheriff's office Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [x] Yes
- [ ] No
- [ ] Do not know

If yes, which claim(s)?

all claims

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

   on the kiosk, on the tablets, in the grievence drop Box, verbally to Deputies, under Jail request systems.

2. What did you claim in your grievance?

   - that the Jail was perpetrating sexual abuse + assault by deputies + forcing inmates to expose themselves + touch themselves in front of other inmates.
   - that the Jail was forcing us to touch ourselves + strip naked for the guards pleasure + sexual gratification. they had no rational penacological Justification for anything they did.
   - that the Jail was destroying + depriving me of my legal mail, as well as reading it without me.

3. What was the result, if any?

   - I was punished with 15 days no privileges for fighting against the strip searches.
   - I was told I would be written up if I didn't stop talking about what they were doing.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I appealed all off the decisions + even wrote ~~roughly~~ + verbally grieved to the grievance drop box roughly 25-30 times about these issues with no result.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I exhausted all remedies and then someone checked voucher will not comply with the PLRA. (Prison Litigation reform act)

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ____________________

   Defendant(s) ____________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ____________________

3. Docket or index number

   ____________________

4. Name of Judge assigned to your case

   ____________________

5. Approximate date of filing lawsuit

   ____________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ____________________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______________________

   Defendant(s) ______________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ______________________

3. Docket or index number

   ______________________

4. Name of Judge assigned to your case

   ______________________

5. Approximate date of filing lawsuit

   ______________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition ______________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ______________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-24-26

Signature of Plaintiff: D. Phillips
Printed Name of Plaintiff: Devin Phillips
Prison Identification #: 8994
Prison Address: 408 Century Court
Franklin (City) TN (State) 37064 (Zip Code)

Mailing Address: 4510 harpeth school r
Franklin, TN 37064

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City State Zip Code

Telephone Number
E-mail Address

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

DEVIN PHILLIPS | CASE NUMBER

PLAINTIFF | JUDGE

V

CHAD YOUKER ET AL

ATTACHMENT

IV- STATEMENT OF CLAIMS

D. On 9-11-2026 Lieutenant Ashley Linquist sexually assaulted me. After the sexual assault I made a PREA report which the jail determined to be unfounded even though I was clearly sexually assaulted but when the jail gets to investigate themselves of course they would never find a lieutenant to have done anything wrong. During this same day I tried to file official sexual assault charges on Ashley linquist but the jail would not take a report. I was unable to file an official grievance about the situation because the jail only allows 3 grievances and I was maxed out so I was unable to exhaust this remedy. I am and have been since filing lawsuits against the jail in constant fear for my safety and the safety of others who have filed lawsuits about alleged sexual assaults and abuses. I have been humiliated, talked down too, belittled, intimidated, harassed, retaliated against, and treated less then human. The events of September 11th with being sexually assaulted are as follows. I was hand cuffed to have a disciplinary board hearing about being in possession of books and a tablet that I was using for the law library. They cut the hearing short because the didn't like my line of questioning. They took me to my sell and had me get against the back wall. I complied and told them to take off the handcuffs and get out of my cell. They didn't like that so they would me to get on my knees but I had no way of easily getting on my knees without hurting myself so I said no. this is when they told me to get face down on the ground. They then tried to force me to the ground. This is when LT linquist reached around and grabbed my penis and testicles. I screamed for her to stop grabbing my penis and was in pain and agony as I tried to get her to stop assaulting me. She would not stop using this aggressive tactic of grabbing my privates for my compliance. I was in pure terror and agony. This went on for what felt like an eternity. She then finally let go after I was slammed on the ground. She moved her had away from my gentiles and told another officer to come and take a picture of where her hand was, which was not where it was when she was assaulting me. This was a complete cover up. Once she had that picture she then grabbed my genitals again as I'm guessing

a show of force and that they can do what they want and I have no rights. I yelled again when she did that but she did not care and neither did any of the other deputies. After that they finally took the handcuffs off and exited y cell with a tazer pointed at me to degrade me even further even though I was never a threat. After this I filed my PREA with a deputy the only problem is that LT linquist is the PREA coordinator so she is in charge of what happens with these reports. After this what made it even worse is that LT linquist used her power to punish me even further by having me placed on 2 deputy status which meant I was on 72 hr cell lock down, had not privileges, no way to rectify the situation or contact family or my attorney, so that they records would not be deleted. This was such a terrifying experience for me and it was an extreme use of excessive force and a way for the deputies to degrade and humiliate me. I have personal knowledge that at least 25% of the inmates in Williamson county jail have been sexually assaulted or abused by the guards and there is no accountability. The guards make inmate touch themselves while naked and record inmates in the showers and while in their cells naked. This is not right and needs to be stopped. These are predators and I hope this can be taken care of.

Devin Phillips
4510 Harpeth school rd
Franklin, TN 37064







RECEIVED
OCT 0 1 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US District Court clerk
719 church st #1300
Nashville, TN 37203